# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| KEVIN SPEARS | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:15-cv-02169-PKH |
| | ) | |
| v. | ) | |
| | ) | |
| SIMMONS FOODS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT

Comes now the Defendant, Simmons Foods, Inc. ("Simmons Foods"), and for its Answer to the Complaint, states as follows:

1. The allegations contained in Paragraph 1 of the Complaint are arguments of law, not allegations of fact, and therefore no response is necessary. To the extent a response is necessary, Paragraph 1 is denied and Simmons Foods further denies it has any liability herein.

2. With respect to the allegations contained in Paragraph 2 of the Complaint, Simmons Foods admits it is a domestic for-profit corporation and that this Court has personal jurisdiction over the parties. The remaining allegations contained in Paragraph 2 are denied.

3. Paragraph 3 of the Complaint is admitted.

4. Paragraph 4 of the Complaint is denied.

5. Paragraph 5 of the Complaint is denied.

6. Paragraph 6 of the Complaint is denied.

7. With respect to Paragraph 7 of the Complaint, Simmons Foods lacks sufficient information or knowledge to either admit or deny the allegations contained therein.

8. With respect to the allegations contained in Paragraph 8 of the Complaint, Simmons denies any and all allegations that the Plaintiff was its employee or that there was an employer-employee relationship between Plaintiff and Simmons Foods. Simmons lacks sufficient information or knowledge to either admit or deny the remaining allegations contained therein, and therefore denies the same.

9. Paragraph 9 of the Complaint is denied.

10. With respect to Paragraph 10 of the Complaint, Simmons restates and incorporates herein by reference its responses to Paragraphs 1 through 9 of the Complaint.

11. Paragraph 11 of the Complaint is admitted.

12. Paragraph 12 of the Complaint is denied.

13. Paragraph 13 of the Complaint is denied.

14. Paragraph 14 of the Complaint is denied.

15. Paragraph 15 of the Complaint is denied.

16. Paragraph 16 of the Complaint is denied.

17. With respect to Paragraph 17 of the Complaint, Simmons restates and incorporates herein by reference its responses to Paragraphs 1 through 16 of the Complaint.

18. Paragraph 18 of the Complaint is denied.

19. Paragraph 19 of the Complaint is denied.

20. Paragraph 20 of the Complaint is denied.

21. With respect to Paragraph 21 of the Complaint, Simmons restates and incorporates herein by reference its responses to Paragraphs 1 through 20 of the Complaint.

22. Paragraph 22 of the Complaint is denied.

23. Paragraph 23 of the Complaint is denied.

24. Paragraph 24 of the Complaint is denied.

25. With respect to Paragraph 25 of the Complaint, Simmons restates and incorporates herein by reference its responses to Paragraphs 1 through 24 of the Complaint.

26. Paragraph 26 of the Complaint is denied.

27. Paragraph 27 of the Complaint is denied.

28. Paragraph 28 of the Complaint is denied.

29. With respect to Paragraph 29 of the Complaint, Simmons restates and incorporates herein by reference its responses to Paragraphs 1 through 28 of the Complaint.

30. Paragraph 30 of the Complaint is denied.

31. Paragraph 31 of the Complaint is denied.

32. Paragraph 32 of the Complaint is denied.

33. With respect to the allegations in Paragraph 33 of the Complaint, no response is necessary.

34. Unless specifically admitted herein, any and all allegations set forth in the Complaint are denied. Simmons further denies that the Plaintiff is entitled to the relief he seeks in his Complaint.

35. Pleading further, Simmons Foods asserts that the Plaintiff was not employed with, but instead the Plaintiff was employed by Simmons Prepared Foods, Inc., a separate entity.

WHEREFORE, having answered, Defendant, Simmons Foods, Inc., respectfully requests that Plaintiff's Complaint be denied and dismissed with prejudice; for its costs and attorneys' fees incurred herein; and for all other relief to which it may be entitled to receive.

Respectfully submitted,

SIMMONS FOODS, INC.
Defendant

By: */s/ Todd P. Lewis*
    Todd P. Lewis
    Ark. Bar No. 96226
    Conner & Winters, LLP
    4375 N. Vantage Dr., Suite 405
    Fayetteville, Arkansas 72703
    Telephone: 479-582-5711
    Facsimile: 479-587-1426
    E-mail: tlewis@cwlaw.com

## **CERTIFICATE OF SERVICE**

I, Todd P. Lewis, hereby certify I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing which will send notification of filing to all counsel of record.

This the 18th day of September, 2015.

*/s/ Todd P. Lewis*
Todd P. Lewis